1  JASON M. FRIERSON
United States Attorney
2  District of Nevada
Nevada Bar No. 7709
3  LAUREN H. GEISER
Assistant United States Attorney
4  501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
5  Phone: (702) 388-6336
Lauren.Geiser@usdoj.gov
6
*Attorneys for the United States*
7

8                  **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF NEVADA**
9

| | |
|---|---|
| Ali Nairizi and Saeed Nairizi, | Case No. 3:23-cv-00594-MMD-CLB |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO EXTEND ANSWER DEADLINE** |
| v. | |
| Antony J. Blinken, in his official capacity as Secretary of State; Rena Bitter, in her official capacity as Assistant Secretary for Consular Affairs; and Russel Brown, in their official capacity as Counsel General – U.S. Embassy, in Berlin, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to Local Rue IA 6-1, the parties stipulate and request that Defendants shall have a 60-day extension of time to file an answer or otherwise respond to Plaintiffs' Petition for Writ of Mandamus and Complaint ("Complaint") (ECF No. 1). The current deadline to respond is February 09, 2024, which the parties request be extended to **April 09, 2024**. This is the parties' first request for an extension.

The additional 60 days are necessary for the United States to continue additional administrative processes in this case. The completion of these processes may cause the

parties' positions to change substantially and could potentially resolve issues before this Court without further litigation.

The parties agree that a 60-day extension of the response deadline is appropriate under the circumstances. This stipulation is filed in good faith and not for the purpose of delay.

WHEREFORE, the parties respectfully request that this stipulation be granted and that the deadline to respond to the Complaint be extended through and including **April 09, 2024.**

Respectfully submitted this 25th day of January 2024.

| | |
|---|---|
| URENA & ASSOCIATES | JASON M. FRIERSON |
| | United States Attorney |
| /s/ Jana Al-Akhras | |
| Jana Al-Akhras, Esq. | /s/ Lauren H. Geiser |
| 42 West St. Suite 136 | LAUREN H. GEISER |
| Brooklyn, NY 11222 | Assistant United States Attorney |
| *Lead Counsel for Plaintiffs* | *Attorney for the United States* |
| | |
| /s/ Peter L. Ashman | |
| Peter L. Ashman | |
| 617 S. 8th St., Suite B | |
| Las Vegas, NV 89101 | |
| *Local Counsel for Plaintiffs* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: January 26, 2024.